UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-23136-CV-WILLIAMS

DEBRA LAND,

    Plaintiff,

v.

CARNIVAL CORPORATION,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation (DE 76) ("***Report***") on the Motion to Dismiss filed by Defendant Carnival Corporation ("***Defendant***") (DE 5) ("***Motion***"). In the Report, Judge Reid recommends that the Motion be denied. (DE 76 at 1.) No objections were filed to the Report, and the time to object has passed. Upon a careful review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

1. Judge Reid's Report (DE 76) is **AFFIRMED AND ADOPTED**.
2. Defendant's Motion to Dismiss (DE 5) is **DENIED**.
3. Defendant shall file an answer to Plaintiff's Complaint (DE 1) within fourteen days of the date of this Order.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 30th day of July, 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE